# United States District Court

WESTERN DISTRICT OF WASHINGTON

DYNAMITE SALAVEA

JUDGMENT IN A CIVIL CASE

v.

JEFFREY UTTECHT, et al.,

CASE NUMBER: C08-5417RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That matter should have been filed with the United States District Court for the Eastern District of Washington, and it should be transferred there pursuant to 28 U.S.C. § 1391(b).

|  |  |
|---|---|
| August 26, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |