AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Dynamite Salavea

v.

Jeffrey Uttecht, Mark Kucza, and the Department of Corrections

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-5057-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's First Amended Complaint is DISMISSED without prejudice for failure to exhaust administrative remedies.

October 3, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson